**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01812-CMA-MJW

TENIECKA DRAKE,

    Plaintiff,

v.

COAST PROFESSIONAL, INC., a California corporation,

    Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to and in accordance with Fed. R. Civ. P. (a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 22) signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: October  16 , 2012

BY THE COURT:

_(signed)_ Christine M. Arguello
_____
CHRISTINE M. ARGUELLO
United States District Court Judge